# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

135748

FRANKLIN PROPERTIES LTD.,
        Plaintiff/Counter-Defendant-
        Appellant,

v

MOLYBDENUM UNLIMITED COMPANY,
d/b/a LANDMARK SUPERMARKET, INC., f/k/a
LANDMARK FOOD CENTER,
        Defendant/Counter-Plaintiff-
        Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135748
COA: 278669
Genesee CC: 06-084087-AV

_____/

On order of the Court, the application for leave to appeal the December 27, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

t0421

Clerk